IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

VICKI DORROUGH, individually,           )
and as Special Administrator of the     )
ESTATE OF MATTHEW DORROUGH,              )
Deceased,                               )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        Case No.  CIV-14-1389-D
                                        )
THE GEO GROUP, INC., a Florida          )
Corporation, d/b/a LAWTON               )
CORRECTIONAL FACILITY, and              )
JOSEPH PALONE,                          )
                                        )
            Defendants.                 )

## ORDER

This matter comes before the Court upon the Motion of Defendant GEO Group Inc.

for Publicly Filed Document to Be Filed Under Seal [Doc. No. 30].[1] Upon consideration of

the Motion, and Plaintiff's objection thereto, the Court finds the request should be granted.

The document at issue is an Oklahoma Department of Corrections' internal affairs

investigation report into the alleged homicide of Plaintiff's decedent.  Defendant's concern

is not Plaintiff's possession of the document or her legitimate use of it in connection with the

litigation.  Instead, Defendant's concern is privacy and security issues raised by electronic

filing and widespread public access to a document that contains information about persons

not involved in the litigation.  Plaintiff's objection to removal of the document as a public

filing in the Court's ECF system does not address the issues of remote public access to

_____

[1] A similar motion has also been filed by all defendants in the related case of *Dorrough v. Corey*,
Case No. CIV-15-143-D (W.D. Okla.).

electronic files and protection of sensitive information under the E-Government Act. The Court finds that Defendant's concern is justified and public electronic access to the report as an exhibit to Plaintiff's pleading is not necessary.

However, the precise relief sought by Defendant's Motion cannot be granted. Defendant requests only the sealing of the report, Exhibit 1 to the Second Amended Petition, and not the pleading itself. The Second Amended Petition and its attached Exhibit 1 have been electronically filed in the ECF system as one document, first as an attachment to the Notice of Removal [Doc. No. 1-38] and again as an attachment to the Notice of Pending Motions [Doc. No. 13-5]. The Clerk lacks the technical capability to seal a portion of an electronic document. Accordingly, the Court will direct the Clerk to seal the referenced documents in their entirety, and Plaintiff will be directed to electronically file her pleading without attaching the report as an exhibit.

IT IS THEREFORE ORDERED that the Motion of Defendant GEO Group Inc. for Publicly Filed Document to Be Filed Under Seal [Doc. No. 30] is granted, as set forth herein. The Clerk is directed to seal the electronic documents containing the report [Doc. Nos. 1-38 and 13-5]. Plaintiff shall electronically file her Second Amended Petition without Exhibit 1 within 7 days from the date of this Order. The refiling of Plaintiff's pleading will not affect the Court's consideration of Defendant's pending motion to dismiss.

IT IS SO ORDERED this __26th__ day of June, 2015.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE